**Hogan Lovells**

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T  +1 212 918 3000
F  +1 212 918 3100
www.hoganlovells.com

David Dunn, Esq.
Partner
1 212 918 3515
david.dunn@hoganlovells.com

January 16, 2014

**Via Electronic Mail**

Honorable Thomas P. Griesa
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   ***GMO Emerging Country Debt L.P. v. The Republic of Argentina*; Case No. 14-cv-8665**

Dear Judge Griesa:

We represent GMO Emerging Country Debt L.P. ("GMO ECDLP") in the above referenced action. Plaintiff GMO ECDLP initiated this lawsuit by filing a Complaint against The Republic of Argentina ("Argentina") on October 30, 2014 [D.E. #1] (the "Complaint"). The Complaint seeks enforcement of a related earlier case styled *GMO Emerging Country Debt L.P. v. The Republic of Argentina*, No. 05-cv-10380 (TPG). Argentina filed an answer to the Complaint on December 30, 2014 [D.E. # 6].

We write regarding an electronic filing error which has come to our attention. The Complaint was electronically filed without Exhibit 1 thereto – the Fiscal Agency Agreement between Argentina and Bankers Trust Company (*See* D.E. #1, ¶ 1). However, the paper copies of the Complaint filed with this Court and served on opposing counsel contain this exhibit. Therefore, we request permission to now electronically file the missing exhibit and to link it back to the Complaint.

Respectfully yours,

/s/
David Dunn

cc:   Carmine D. Boccuzzi, Esq.
      Jonathan I. Blackman, Esq.

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Beijing  Brussels  Caracas  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rio de Janeiro  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Tokyo  Ulaanbaatar  Warsaw  Washington DC  Associated offices: Budapest  Jakarta  Jeddah  Riyadh  Zagreb. For more information see www.hoganlovells.com